## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**VIRGE MADDEN, ET AL.**                    **CIV. ACTION NO. 3:24-00894**

**VERSUS**                                              **JUDGE TERRY A. DOUGHTY**

**LA. DEPT OF PUBLIC SAFETY &**        **MAG. JUDGE KAYLA D. MCCLUSKY**
**CORRECTIONS, ET AL.**

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, no objections thereto having been filed,

**IT IS ORDERED** that the Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted [Doc. No. 6] filed by Defendants, Louisiana Department of Public Safety and Corrections; State of Louisiana; James Leblanc, Secretary of the Louisiana Department of Public Safety and Corrections; and the Louisiana Office of Risk Management, is **GRANTED IN PART AND DENIED IN PART**.  Plaintiffs Virge Madden, Jacqueline Slaughter, and William Smith's state and federal law claims against James Leblanc, Secretary of the Louisiana Department of Public Safety and Corrections, *in his individual capacity only*; are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 6] otherwise is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs Virge Madden, Jacqueline Slaughter, and William Smith's claims against Defendants, Louisiana Department of Public Safety and Corrections; State of Louisiana; James Leblanc, Secretary of the Louisiana Department of Public Safety and Corrections, *in his official capacity only*; and the

1

Louisiana Office of Risk Management are hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

      MONROE, Louisiana, this 3rd day of January 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE